**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 2:26-MJ-09086-CF** |
| | § | |
| **MARCUS CONCEICAO,** | § | |

# MOTION FOR ORDER FOR THE DEPARTMENT OF JUSTICE TO TAKE DOWN PREJUDICIAL AND EXTRAJUDICIAL STATEMENTS ABOUT THIS CASE

The United States Department of Justice ("DOJ") is actively fomenting prejudice to Mr. Conceicao's case through its social media posts on Facebook, Instagram, and X. [1] These DOJ posts are inflammatory, prejudicial, and dangerous, violate Local Rules of Professional Conduct, and Mr. Conceicao seeks an order that they be removed in their entirety.

On June 1, 2026, the DOJ posted Mr. Conceicao's full name and supposed photographs of him prior to his arrest, and label him "another anti-ICE rioter." These images and accusations were posted several days before Mr. Conceicao even appeared in court and have not been produced to Mr. Conceicao's lawyers.

[1] *See* https://www.facebook.com/DOJ/posts/marcus-philip-conceicao-another-anti-ice-rioter-outside-of-delany-hall-in-new-je/1430137519151397/ (Facebook); https://www.instagram.com/p/DZDrxo4mobB/ (Instagram); https://x.com/TheJusticeDept/status/2061553286604276009 (X.com)

In the post on X.com, which has been reposted 870 times already, the DOJ labelled Mr. Conceicao "another anti-ICE rioter." The post's inclusion of the word "allegedly" when describing the conduct, does not relieve it of its impropriety. And worse, these posts are open to comments from the public, and many of them call for violence against Mr. Conceicao and others who have protested against the treatment of individuals detained at Delaney Hall Detention Center.


U.S. Department of Justice
@TheJusticeDept

Marcus Philip Conceicao, another anti-ICE rioter outside of Delany Hall in New Jersey, has been federally charged with assaulting a law enforcement officer.

This protestor allegedly used an umbrella to push ICE officers away and then threw it in a spear-like manner, striking an officer.

If anyone assaults a federal law enforcement officer aggressively, DOJ will find them and prosecute them.

4:59 PM · Jun 1, 2026 · **171.6K** Views

165 870 3.9K 46

For example:

**Jonathan Preble Sr** @PrebleSr · Jun 2
Use bullets instead of handcuffs and put a stop to it all
4

**smokeydiva** @smokeydiva4133 · Jun 2
Thank you They aren't protesters they are anarchists terrorists and hate America
♡ 1 · 5

**Louise Baumgardner** @LouiseBaumcru · Jun 2
I'll beat his ass
6

**Misttina Brownfield** @MisttinaBr24043 · Jun 1
After prison, deport any and all applicable when they are released.
1 · 3 · 20 · 336

**Millicent7676** @millicent7676 · Jun 1
Thank you! This is what we want to see happen to these terrorists!
3 · 34 · 1K

This post refers to the rape of Mr. Conceicao with a mop handle:

**Randall T...** @Temp_Human · Jun 1
Marcus Philip Conceicao will get real acquainted with an industrial mop handle in Fed prison.

What's he going to tell Aryan Brotherhood he's in for?
Using a big Ice pick to pick on ICE?
They saw him on TV.

He'll have to Cuddle Up to Latinos for protection.

Mop Handle Marcus.

**USAF Retired** @Michael_Lee_22 · Jun 1
I put his ass in jail and hopefully he becomes somebody's bitch
2 3 37 990

**AWP** @ALMONWPOOLE · Jun 2
Get 'em boys.
1 4

**Robert d'Impaler** @Robertdimpaler · Jun 2
We should just use a lot more force. I want these terrorists off the streets including their political agents.
1 2 172

**MOK2026** @trumpisevil2024 · Jun 1
let this be a warning to those who are committing crimes against humanity. we will find you and we will prosecute you.
16

**greeneyes** @WoohooGreen · Jun 1
Follow through matters so we expect domestic terrorist treatment for domestic terrorists.
2 294



Kay-C @onlythegovtlies · Jun 1
Terrorist. THEY'RE TERRORISTS.
21

John Punch @Viejo_Cubano · Jun 1
Deport him
41



EightZeroFiveGOP @ShawnWa17901080 · Jun 1
Please send them to GITMO or CECOT pending trial
11 442



corncoleo one @corncoleo · Jun 1
Refusal of local, state, and federal law enforcement to use water cannons to break up these mobs represents a hazard to officers.
3 215



🔥John Lee🔥 @VulcanJoker · Jun 1
whatever happened to tear gas and crowd control?
1 3 81

Deb T. @Sports4Me · Jun 1
I wish these animals could be held with no bail!😡 Bless our officers everywhere dear Lord 🙏🙏❤️
1 2 49

The posts have succeeded in inflaming the community and inviting public condemnation. The DOJ's own regulations bar its personnel from making these sorts of public statements about a criminal case. DOJ's regulations specifically bar "[o]bservations about a defendant's character" or the release of a "photographs of a defendant" except to serve "a law enforcement function," such

as helping to track down an escaped fugitive. 28 C.F.R. §§ 50.2(b)(6)(i); (b)(7). These posts serve no law enforcement function, and inhibit the possibility of finding a neutral grand or petit jury. Essentially, DOJ has used social media as a surrogate to circumvent its own policies, procedures, and regulations.

Local Criminal Rule 101.1 similarly requires that prosecutors not make any extrajudicial statement "if the lawyer or other person knows or reasonably should know that it will have a substantial likelihood of causing material prejudice to an adjudicative proceeding." NJ RPC 3.8(f) also requires that prosecutors "refrain from making extrajudicial comments that have a substantial likelihood of heightening public condemnation of the accused . . . ." Naming a defendant, calling him an "anti-ICE rioter," and making the posts available for public comment, squarely violate these rules. These posts increase the likelihood of causing material prejudice in any future proceeding, grand jury proceeding, and jury trial.

This Court must "take affirmative steps to insure the fairness of a criminal proceeding in the face of excessive publicity." *Levine v. U.S. Dist. Court for Cent. Dist. of California*, 764 F.2d 590, 596 (9th Cir. 1985); *see Sheppard v. Maxwell*, 384 U.S. 333, 363 (1966) ("The courts must take such steps by rule and regulation that will protect their processes from prejudicial outside interreferences."). And while "[s]tatements to the press may be an integral part of a prosecutor's job, and…may serve a vital public function, … that function is strictly limited by the prosecutor's overarching duty to justice." *Souza v. Pina*, 54 F.3d 423, 427 (1st Cir. 1995) (cleaned up). The DOJ's gratuitous posts about Mr. Conceicao break well-established policies and local rules governing extrajudicial statements. Moreover, the posts put Mr. Conceicao, family, friends, and others in grave danger. In a free and civilized country, the threat of being beaten, raped, or "using

bullets instead of handcuffs" is neither a permissible condition of pre-trial release, nor an acceptable collateral consequence of incarceration.

Mr. Conceicao asks the Court to direct the government to comply with 28 C.F.R. §§ 50.2(b)(6)(i); (b)(7), Local Crim. Rule 101.1, and NJ RPC 3.8(f). He asks the Court to enter an order directing the government:

1. to take down all social media posts about his case.
2. to take all reasonable steps to prevent staff or officials from the Department of Justice or adjacent law enforcement agencies from making any further extrajudicial statements that have a substantial likelihood of generating threats of violence towards Mr. Conceicao or otherwise prejudice these proceedings.
3. to provide a copy of the Court's order to the law enforcement agencies and agents involved in this case and directing or requesting that they avoid making similar statements or disseminating photographs of Mr. Conceicao again during the pendency of proceedings in this case.
4. to file a status report by a date certain, confirming that such steps have been taken.

In sum, Mr. Conceicao's safety and right to a fair trial are gravely affected by the government's preliminary conduct in his case.

Respectfully submitted,

/s/ **Andrea G. Aldana**
ANDREA GUISELA ALDANA
Assistant Federal Public Defender
Federal Public Defender
District of New Jersey
22 S. Clinton Ave
Station Plaza #4, 4th Floor
Trenton, NJ 08609